**Exhibit A to the Complaint**

**Location:** Pottstown, PA  
**Total Works Infringed:** 33

**IP Address:** 98.114.8.152  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | Blacked | 04/04/2018 11:43:08 | 03/31/2018 | 04/07/2018 | PA0002091516 |
| 2 | 08F22BD8AF909059A6DBBD6CDD3C1B4AD62B20B4 | Tushy | 02/01/2018 13:07:40 | 01/31/2018 | 02/07/2018 | 16288762311 |
| 3 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 13:15:26 | 09/23/2017 | 10/09/2017 | PA0002086134 |
| 4 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/05/2017 22:23:33 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 5 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/09/2017 11:45:59 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 6 | 27EF224D023462A415E9AA1F50ED06DDA40C617F | Blacked | 10/26/2017 19:51:11 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 7 | 2E72092B0B63BE9DDE5FCE742CB522B62857ABCA | Tushy | 03/24/2018 13:56:52 | 03/22/2018 | 04/07/2018 | 16490950860 |
| 8 | 36B7266729748819E444F7942B37F3EDD4208849 | Blacked Raw | 02/18/2018 15:24:40 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 9 | 39F58B9046EBED6CF3F8C861E3A68DBE3730FA24 | Vixen | 01/17/2018 13:31:32 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 10 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/18/2018 20:51:43 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 11 | 4041A516DB827CD9A0CF3FD55E7FD4B76262C94E | Blacked | 07/06/2017 13:34:15 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 12 | 44BBE94637EA1DEE53456986B8D560425E976D22 | Blacked Raw | 02/01/2018 15:55:51 | 12/08/2017 | 12/17/2017 | 16159649932 |
| 13 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 06/22/2017 19:32:33 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 14 | 48FD5B0D6BE005134739A99371DFFFF5F45C3BA9 | Tushy | 08/20/2017 13:15:02 | 08/19/2017 | 10/10/2017 | PA0002086140 |
| 15 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/08/2017 13:03:53 | 11/07/2017 | 11/15/2017 | 16013185672 |
| 16 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Raw | 10/26/2017 18:35:51 | 10/24/2017 | 11/15/2017 | 16016503680 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 04/04/2018 11:29:44 | 04/02/2018 | 04/07/2018 | 16490950654 |
| 18 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/03/2017 00:04:26 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 19 | 77337BB26D7D606C86060A2280456417AF4986E2 | Vixen | 11/01/2017 18:23:19 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 20 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/20/2017 13:21:03 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 21 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/24/2018 13:54:09 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 22 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 09/02/2017 17:02:21 | 08/29/2017 | 10/10/2017 | PA0002086144 |
| 23 | 9C2CFD7BADF178E280F2E20C8343F79DF229956C | Blacked | 12/27/2017 13:03:07 | 12/26/2017 | 01/18/2018 | 16215823966 |
| 24 | A460BDA775DEF88F7E956E928A7FFEBFB1EB504A | Tushy | 10/13/2017 00:58:49 | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 25 | A577CA471B6B0200E68B0016523C5EF8A0C7C2E5 | Vixen | 10/26/2017 18:27:30 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 26 | ABECAF7E8C876557EE563405A3740B385FF59DC9 | Blacked | 11/08/2017 13:07:43 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 27 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 09/25/2017 18:52:10 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 28 | B707512E8E5AFBF298A9B9F8654E2BB535D1CCE7 | Vixen | 01/12/2018 13:19:52 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 29 | C6A54A0881538A4A12DFF20FD72AF4906ECF6D80 | Tushy | 06/22/2017 17:29:36 | 06/20/2017 | 07/07/2017 | PA0002070816 |
| 30 | DD77C5008AAE485F89439B9B89EB1B92D8617620 | Blacked | 12/09/2017 16:19:07 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 31 | EC466C2FA88920BE700871206B7FC2C4785F11DD | Tushy | 02/12/2018 15:45:40 | 02/10/2018 | 02/17/2018 | 16288498992 |
| 32 | ED9686B327661184ED42B0752244C66F064A8309 | Tushy | 05/26/2017 15:28:21 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 33 | F32C31E4B99A1FD318098B5330FCF39BC3CAA4F3 | Blacked | 03/28/2018 14:38:16 | 03/26/2018 | 04/07/2018 | PA0002091525 |