# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, subscriber assigned IP address )<br>98.114.8.152, )<br>)<br>    Defendant. )<br>_____) | Civil Case No. 2:18-cv-01764-AB<br><br>Honorable Anita B. Brody |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE OF JOHN DOE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.114.8.152 are voluntarily dismissed with prejudice.

Dated:  July 13, 2018        Respectfully submitted,

By:  /s/ *Christian Moffitt*
Christian Moffitt, Esq. (206770)
cmoffitt@foxrothschild.com
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA  19422-3001
Tel: (610) 397-6500
Fax: (610) 397-0450
www.foxrothschild.com
*Attorneys for Plaintiff*